1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9  CHIZOMA B. ONYEMS,                    )    No. 08-cv-S-1631 LKK DAD
                                         )
10        Plaintiff,                     )    JOINT STIPULATION AND ORDER RE:
                                         )    REMAND TO U.S. CITIZENSHIP AND
11  v.                                   )    IMMIGRATION SERVICES PURSUANT
                                         )    TO 8 U.S.C. § 1447(b)
12  Michael Chertoff, Secretary of Homeland )
    Security, et al.                     )
13                                       )
          Defendants.                    )
14  _____  )

15

16

17          This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

Immigration Services' (CIS) failure to timely adjudicate his naturalization application and to seek
18
de novo review of this application.  As of the time of this filing, the agency is prepared to
19
adjudicate the application.  Because of the jurisdictional posture of the case, the agency cannot
20
complete that process until the case is remanded with instructions to CIS.  8 U.S.C. § 1447(b).
21
Accordingly, the parties jointly agree that the case should be remanded with instructions to
22
complete adjudication of the application within 60 days from the date of the order of remand.  In
23
the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will
24
revert to this Court, and a scheduling conference will take place as soon as possible.
25

26

27

28

                                        -1-

Dated: August 13, 2008

McGREGOR W. SCOTT
United States Attorney


By:    /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants


By:    /s/ Mark Richard Kowalewski
Mark Richard Kowalewski
Attorney for the Plaintiff


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED is remanded with instructions to complete adjudication of the application within 60

days from the date of this order.


IT IS SO ORDERED.

DATED: August  28, 2008.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT